UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARICON TECHNOLOGIES CORPORATION,<br>       Plaintiff<br><br>V.<br><br>PHOENIX TEST ARRAYS, LLC,<br>       Defendant | CIVIL ACTION NO. 11-10649-PBS |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), plaintiff, Paricon Technologies Corporation, voluntarily dismisses this action, without prejudice and without costs.

In connection with this Notice, the plaintiff states that the opposing party has not yet served an answer or a motion for summary judgment.

James C. Donnelly, Jr., Esq., BBO #129700
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:     (508) 791-8502

CERTIFICATE OF SERVICE

I, James C. Donnelly, Jr., hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2012.

James C. Donnelly, Jr., Esq.